*Receie #282603*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   02-50726-BKC-
MANUEL H. BERRONDO
SUSANA J. BERRONDO


CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX)  The trustee has a balance of $      1.83   remaining in her bank
      account which represents unpresented checks drawn and mailed to
      debtor(s)/ creditor(s) in the above named case. Your trustee
      has  made  a  good  faith effort to verify the correct  mailing
      address  for said debtor(s)/Creditor(s) and deliver  the  funds
      before  presenting this notice.  More than sufficient time  has
      passed for these checks to be presented for  payment,  or   the
      creditor  has returned funds  indicating they refuse the funds.

(  )  The trustee has a balance of $      .00     remaining in her bank
      account  which  represents small dividends as defined  by  FRBP
      3010.

      Attached and made a part of this notice is a list,  pursuant
to FRBP 3011,  of   the   names,   Claim   numbers   and   addresses
of the debtor(s)/creditor(s) and the amounts   to   which   they   are
entitled.

      WHEREFORE,  your trustee hereby gives notice that  the above
stated  sum  has   been  deposited  with  the  Clerk  of the U. S.
Bankruptcy Court, Southern  District  of Florida, to effect closing
of this estate.


Date: _____8/31/09_____                        _____
                                                NANCY N. HERKERT
                                                CHAPTER 13 TRUSTEE

Copies to:

    MANUEL H. BERRONDO
    SUSANA J. BERRONDO
    2450 N.E. 135TH ST. #710
    N. MIAMI, FL 33181

    JORDAN E BUBLICK, ESQUIRE
    11645 BISCAYNE BLVD  STE 208
    NORTH MIAMI, FL 33181

    CHEVRON CREDIT BANK, N.A.
    2001 DIAMOND BLVD.
    PO BOX 5010, SECT 230
    CONCORD, CA 94524-0010

    U.S. Trustee
    51 S. W. 1st Avenue
    Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA


IN RE:                                    CASE NO.   02-50726-BKC-
MANUEL H. BERRONDO
SUSANA J. BERRONDO


                                          CHAPTER 13


    MANUEL H. BERRONDO
    SUSANA J. BERRONDO
    2450 N.E. 135TH ST. #710
    N. MIAMI, FL 33181


    JORDAN E BUBLICK, ESQUIRE
    11645 BISCAYNE BLVD   STE 208
    NORTH MIAMI, FL 33181


    CHEVRON CREDIT BANK, N.A.      ---------$          1.83
    2001 DIAMOND BLVD.
    PO BOX 5010, SECT 230
    CONCORD, CA 94524-0010

                                    UNDELIVERABLE/STALE
    U.S. Trustee                    CLAIM REGISTER# 4
    51 S.W. 1st Avenue
    Miami, Florida 33130